Cantwell v. Gen. Acci., Fire & Life Assur. Corp., 205 Ill. App. 335.

placed on other grounds than the death of the insured, notice of loss is waived.

4. INSURANCE, § 659*—*when evidence is sufficient to show truth of statements in application.* Evidence in an action on a life insurance policy, *held* to warrant finding that the insured's statements in his application for life insurance as to his health were true and not false.

5. INSURANCE, § 663*—*what is not evidence of knowledge of falsity of statements by insured in application.* A coroner's finding on autopsy that an insured's death was due to organic heart disease, *held* not to be evidence tending to prove that the insured consciously departed from the truth when he represented in his application for life insurance that he did not suffer from heart disease, in an action to recover on a life insurance policy.

———

**Robert E. Cantwell, Appellee, v. General Accident, Fire & Life Assurance Corporation, Appellant.**

**Gen. No. 22,791.    (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. JOSEPH S. LA BUY, Judge, presiding. Heard in this court at the October term, 1916. Reversed with finding of fact. Opinion filed April 16, 1917.

## Statement of the Case.

Action by Robert E. Cantwell, plaintiff, against the General Accident, Fire & Life Assurance Corporation, defendant, to recover on a policy insuring an automobile against accident. From a judgment for plaintiff for $177.31, defendant appeals.

JOHN A. BLOOMINGSTON, for appellant.

No appearance for appellee.

———

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

INSURANCE, § 659*—*when evidence is sufficient to show that automobile did not collide with stationary object.* Evidence *held* sufficient to show that plaintiff's automobile was not, as alleged, at the time in question in collision with any post or any other stationary object, in an action to recover for damages to the automobile alleged to have been sustained by such collision.

Grossfeld & Roe Company, Appellee, v. William Junker Company, Appellant.

### Gen. No. 22,796.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917. Rehearing denied April 30, 1917.

### Statement of the Case.

Action by Grossfeld & Roe Company, plaintiff, against William Junker Company, defendant, to recover upon a contract for the purchase by defendant of two hundred barrels of sugar, estimated at eighty thousand pounds, at the price of $5.65 per hundred pounds. From a judgment for plaintiff for $240, defendant appeals.

WILLIAM R. BRAND, for appellant.

BLUM, WOLFSOHN & BLUM, for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.